IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 04-53790 |
| | ) | JUDGE SHEA-STONUM |
| MAINSPRING DIVERSIFIED COMPANY | ) ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

FILED 2009 DEC 30 PM 12:01

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

84 LUMBER COMPANY  $7,896.79
C/O MASON, SLOVIN & SCHILLING CO. LPA
11340 MONTGOMERY ROAD, SUITE 210
CINCINNATI, OH 45249

CLIFFORD REID  $1,595.33
6546 CLUBVIEW DRIVE
MEDINA, OH 44256

RUPPELLI EXCAVATING  $33.33
3298 FOSKETT ROAD
MEDINA, OH 44256

EVELYN FUNSTON  $94.96
2995 STONEBROOKE LANE
MEDINA, OH 44256

C. ERIC FUNSTON  $2,225.00
2995 STONEBROOKE LANE
MEDINA, OH 44256

C. ERIC FUNSTON  $10.45
2995 STONEBROOKE LANE
MEDINA, OH 44256

INTERSTATE KITCHEN SUPPLY  $140.54
3800 BROOKPARK ROAD
P.O. BOX 347090
CLEVELAND, OH 44134

| | |
|---|---|
| FLOOR STORE<br>153 BROAD STREET<br>WADSWORTH, OH 44281 | $1,093.48 + |
| KUHN PROPERTY MANAGEMENT, LTD.<br>7778 CROCKER ROAD<br>VALLEY CITY, OH 44280 | $88.03 + |
| MILLER ROOFING<br>4850 STATE ROUTE 369<br>MILLERSBURG, OH 44654 | $89.34 + |
| MARKS PLUMBING, HEATING & A/C, INC.<br>P.O. BOX 1321<br>MEDINA, OH 44258 | $83.56 + |
| DON'S STUMP REMOVAL<br>823 OAK STREET<br>MEDINA, OH 44256 | $91.16 + |
| DOORS & MORE CO., INC.<br>139 N. COURT STREET<br>MEDINA, OH 44256 | $150.83 |

2. Trustee's check for $13,592.80, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: December 22, 2009

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

*ck #156*
*receipt # 81164*